UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                          CHAPTER 13

MICHAEL J. READDY                                               CASE NO. 14-82994

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**  PNC Mortgage                **Court claim #: 5**

**Last four digits** of any number used to identify the debtor's account:  3286

---

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $249.57 (Per Amended Model Plan) |
| Amount Paid by Trustee | $249.57 |

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐    Thru the Chapter 13 Plan          ☒    Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   12/13/17                          /s/Lydia S. Meyer
                                           Lydia S. Meyer, Trustee
                                           308 W. State St., Suite 212
                                           Rockford, IL  61101

Certificate of Service

   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 13th Day of December, 2017.

Dated:   12/13/17                          /s/Cynthia K. Burnard

PNC MORTGAGE  
BK DEPT  MAIL STOP: B6-YM14-01-3  
3232 NEWMARK DRIVE  
MIAMISBURG, OH 45342  

PNC MORTGAGE  
6 N. MAIN STREET  
DAYTON, OH  45402  

CODILIS & ASSOCIATES PC  
BANKRUPTCY DEPARTMENT  
15W030 N FRONTAGE RD SUITE 100  
BURR RIDGE, IL 60527  

PNC MORTGAGE  
BK DEPT MAIL STOP B6-YM07-01-8  
3232 NEWMARK DRIVE  
MIAMISBURG, OH 45342  

MICHAEL J. READDY  
3965 ASHWINTON WAY  
ROCKFORD, IL  61109  

GERACI LAW LLC  
55 E. MONROE STREET, #3400  
CHICAGO, IL  60603